Steven **CALDWELL, Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Appellee.**

No. 08–3689.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 3, 2010.

Filed: Feb. 19, 2010.

James H. Green, Kansas City, MO, for appellant.

Sean N. Stewart, Spec. Asst. U.S. Atty., Kansas City, MO (Matt J. Whitworth, Acting U.S. Atty., on the brief), for appellee; Kristi A. Schmidt, Chief Counsel, Region VII, Social Sec. Admin., Kansas City, MO, of counsel.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Steven Caldwell appeals the district court's[1] order affirming the denial of disability insurance benefits. Having careful-

ly reviewed the record, *see Van Vickle v. Astrue,* 539 F.3d 825, 828 & n. 2 (8th Cir.2008) (standard of review), we reject Caldwell's arguments for reversal, *see Willcockson v. Astrue,* 540 F.3d 878, 880 (8th Cir.2008) (when determining residual functional capacity, administrative law judge must consider medical evidence, observations of treating doctors and others, and claimant's own description of his limitations); *Craig v. Apfel,* 212 F.3d 433, 436 (8th Cir.2000) (administrative law judge is not required to discuss all evidence, and failure to cite specific evidence does not mean it was not considered). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.